IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES PRESTON McLEOD

v.                                              C.A. NO. 15-2871

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration

## ORDER

AND NOW, this  22nd  day of March, 2016, upon a careful review of the Report and

Recommendation of United States Magistrate Judge Carol Sandra Moore Wells [Doc. 16], to

which no objections have been filed, it is hereby ORDERED that:

1.      The Report and Recommendation is APPROVED and ADOPTED.

2.      The case is REMANDED to the Commissioner, pursuant to sentence four of

42 U.S.C. § 405(g), so that the ALJ can determine whether Plaintiff has deficits

in adaptive functioning, as required by Listed Impairment 12.05(B).

3.      Judgment is ENTERED in favor of Plaintiff and against the Commissioner of

the Social Security Administration.


BY THE COURT:


**/s/ Jeffrey L. Schmehl**
JEFFREY L. SCHMEHL, J.